# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARRELL D. DIODATO, | |
| Plaintiff/Counter-Defendant | CIVIL ACTION NO. 1:12-CV-02454 |
| v. | (CONNER, C.J.) <br> (MEHALCHICK, M.J.) |
| WELLS FARGO INSURANCE SERVICES USA, INC., | |
| Defendant/Counterclaimant | |

## ORDER

AND NOW, this 15th day of November, 2013, IT IS HEREBY ORDERED that the Motion to Quash brought by non-party Marsh USA Inc. ("Marsh") (Doc. 28), in which Marsh seeks to quash a subpoena issued by Plaintiff Darrell D. Diodato, is GRANTED.

                        **BY THE COURT:**

                        *s/ Karoline Mehalchick*
                        **KAROLINE MEHALCHICK**
                        **United States Magistrate Judge**