# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARRELL D. DIODATO, | |
| Plaintiff/Counter-Defendant | CIVIL ACTION NO. 1:12-CV-02454 |
| v. | (CONNER, C.J.)<br>(MEHALCHICK, M.J.) |
| WELLS FARGO INSURANCE SERVICES USA, INC., | |
| Defendant/Counterclaimant | |

## ORDER

AND NOW, this 15th day of November, 2013, having considered Plaintiff's Motion for Sanctions (Doc. 18) and the parties' remaining discovery issues, IT IS HEREBY ORDERED as follows:

1. Diodato's Interrogatories, served on Wells Fargo on June 16, 2013, are timely filed and Wells Fargo shall answer those Interrogatories within thirty (30) days of this Order;

2. The parties will bear their own costs for the Motion for Sanctions and the discovery conference held on May 28, 2013;

3. Wells Fargo will provide Answers to Diodato's Interrogatories, Numbers 6 and 7, related to Edward Andrews and John Kluxen, within thirty (30) days of this Order;

4. Wells Fargo will provide responses to Diodato's Request for Production, Numbers 5, 10 and 11, related to wage payment and collection claims issues, within thirty (30) days of this Order;

5. Wells Fargo will provide responses to Diodato's Request for Production Number 21, regarding customer incidents, within thirty (30) days of this Order;

6. Diodato will produce electronic devices for inspection and imaging pursuant to Wells Fargo's First Set of Requests for Production, Numbers 3 and 13, within thirty (30) days of this Order, with costs to be borne by Wells Fargo;

7. Diodato will provide Answers to Wells Fargo's Interrogatories Numbers 1 and 2, served on May 10, 2013, related to document destruction, within thirty (30) days of this Order;

8. Diodato will provide an Answer to Wells Fargo's Interrogatory Number 4, served on May 10, 2013, related to customer communications, within thirty (30) days; and

9. Diodato's motion to compel Wells Fargo to respond to its Request for Production Numbers 1, 2, 15 and 9 is DENIED.

                                              **BY THE COURT:**

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States Magistrate Judge**